IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **MAXIMO MARTINEZ, 06063495,** | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 3:07-CV-0076-D |
| | ) |
| **NATHANIEL QUARTERMAN, Director, Texas** | ) |
| **Dept. Of Criminal Justice, Correctional** | ) |
| **Institutions Division,** | ) |
| Respondent. | ) |

## ORDER

After conducting a *de novo* review, the court finds that the findings, conclusions, and recommendation of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

**SO ORDERED**.

February 28, 2008.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE